IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ROSE MARIE MEADOWS, | * | |
| Plaintiff, | * | |
| v. | * | CV 125-121 |
| FRANK BISIGNANO, Commissioner of Social Security Administration, | * | |
| Defendant. | * | |

ORDER

Before the Court is the Commissioner of Social Security's ("Commissioner") unopposed motion to remand pursuant to sentence six of 42 U.S.C. § 405(g). (Doc. 13.) Under that sentence, the Court may, for "good cause" and upon motion by the Commissioner of Social Security, remand the case for further action. 42 U.S.C. § 405(g).

The Commissioner represents that on remand, the administrative law judge ("ALJ") will give further consideration to the period prior to February 1, 2022, during which the ALJ previously deemed Plaintiff not disabled. (Doc. 13, at 2.) Additionally, the Commissioner represents that the ALJ will offer Plaintiff the opportunity for a hearing; give further consideration to the medical source opinions, prior administrative medical findings, and Plaintiff's maximum residual functional

capacity; if warranted, obtain supplemental evidence from a vocational expert; take any further action needed to complete the administrative record; and issue a new decision on the issue of disability prior to February 1, 2022. (Id.) Plaintiff does not oppose the motion so long as it includes her application date of October 23, 2020, which it does. (Id. at 1, 2 n.1.)

Upon due consideration, pursuant to sentence six of 42 U.S.C. § 405(g), the Commissioner's motion (Doc. 13) is **GRANTED**. The Clerk **SHALL TERMINATE** all pending motions and deadlines and **REMAND** this action to the Commissioner for further proceedings.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of June, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA